UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-21009-CIV-ALTONAGA/Torres

JESUS GONZALEZ,

    Plaintiff,

vs.

TACO BELL OF AMERICA, LLC
d/b/a Taco Bell #2936,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Jesus Gonzalez and Defendant Taco Bell of America, LLC, pursuant to S.D. Fla. L.R. 16.4, hereby give notice that the parties have reached an agreement for the resolution of this matter and are in the process of completing settlement documents. The parties respectfully request twenty days to file their stipulation of dismissal with prejudice.

Dated: May 6, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ J. Courtney Cunningham | /s/ Paul De Boe |
| J. Courtney Cunningham, Esq. | Paul J. De Boe, Esq. |
| Florida Bar No. 628166 | Florida Bar No.: 52051 |
| cc@cunninghampllc.com | paul.deboe@ogletreedeakins.com |
| J. COURTNEY CUNNINGHAM, PLLC | OGLETREE, DEAKINS, NASH, |
| 8950 S.W. 74th Court, Ste. 2201 | SMOAK & STEWART, P.C. |
| Miami, FL 33156 | Two Datran Center |
| Telephone: 305.351.2014 | 9130 S. Dadeland Boulevard, Ste. 1625 |
| Facsimile: 305.513.5942 | Miami, Florida 33156 |
| | Telephone: 305.374.0506 |
| | Facsimile: 305.374.0456 |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |